UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENDA ALBRIGHT     A/K/A BRENDA ROSS,     Plaintiff, <br> v. <br> LIGHTHOUSE ACADEMIES, INC., and LIGHTHOUSE ACADEMIES OF INDIANA, INC.     Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   CAUSE NO. 1:09-cv-1434-LJM-DML |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed R. Civ. P. 7.1(a) and Local Rule 7.2, Defendants Lighthouse Academies, Inc. and Lighthouse Academies of Indiana, Inc. respectfully file this Corporate Disclosure Statement. Defendants state that Lighthouse Academies of Indiana, Inc. is a private, non-profit corporation. Its parent company is Lighthouse Academies, Inc., which is also a private, non-profit corporation. Because neither Lighthouse Academies of Indiana, Inc. nor its parent Lighthouse Academies, Inc. is publicly traded, no corporation owns 10% of either corporation's stock.

Respectfully submitted,

Ogletree Deakins Nash Smoak & Stewart, P.C.

s/Robert F. Seidler
Candace S. Walker, #1751-49
Robert F. Seidler, #28432-29

Attorneys for Defendants
Lighthouse Academies, Inc. and
Lighthouse Academies of Indiana, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically, this 30th day of November, 2009.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Michael L. Einterz<br>
Robert R. Thomas<br>
Michael L. Einterz, Jr.<br>
EINTERZ & EINTERZ<br>
michael@einterzlaw.com<br>
einterzfirm@aol.com

             s/ Robert F. Seidler


Ogletree, Deakins, Nash, Smoak & Stewart
111 Monument Circle, Suite 4600
Indianapolis, Indiana  46204
Telephone:  317.916.1300
Facsimile:   317.916.9076
candace.walker@ogletreedeakins.com
robert.seidler@ogletreedeakins.com


7943262.1 (OGLETREE)